CLERK'S MINUTES

USA
Plaintiff
    Repr by Anne Gardner

Judge Bill Wilson
Reporter Cheryl _____
Courtroom Deputy _____
Date 3/9/2010

Case No 4:09CR00301-01

v.

Colin Earls
Defendant
    Repr by Wendell Hoskins

Court Proceeding Suppression Hrg.

Time:

9:33am Court calls case;

9:40am Gov't makes opening statement;

9:45am Def makes opening statement

9:55am Gov't begins evidence;

10:52am Court in recess.

Case No. 4:09CR00301-01          MINUTES          Page No. 2

Time:

3:50pm Court in session;

    Gov't continues evidence;

4:35pm Court in recess until 5:10pm

5:11pm Court in session

6:06pm Court in recess

6:40pm Court in session;

    Motion to Dismiss Suppression Motion by deft; Granted;

6:43p Court in recess

6:59pm Court in session
7:00pm Court in recess

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
GOVERNMENT WITNESS LIST

Suppression Hearing __X__   Non-Jury Trial _____   Jury Trial _____

USA v.    COLIN EARLS

No. 4:08CR 00301 WRW

ANNE GARDNER                          WENDELL HOSKINS II
Assistant U.S. Attorney               Defendant's Attorney

HON. WILLIAM R. WILSON    *Cineebury*    MARY JOHNSON
Presiding Judge           Court Reporter Courtroom Deputy

| | |
|---|---|
| 1 | Cassandra Brannon |
| ~~2~~ | Nathan Coleman  #1  3/9/10 |
| 3 | Criss Gardner |
| ~~4~~ | Chad Henson  #3  3/9/10 |
| ~~5~~ | Jon Redmann  #2  3/9/10 |
| | |
| | |
| | |
| | |
| | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
GOVERNMENT EXHIBIT LIST

Suppression Hearing  X    Non-Jury Trial ____    Jury Trial _____

USA v.   COLIN EARLS

No. 4:08CR 00301 WRW

ANNE GARDNER                    WENDELL HOSKINS II
Assistant U.S. Attorney         Defendant's Attorney

HON. WILLIAM R. WILSON     *Cneuberg*          MARY JOHNSON
Presiding Judge            Court Reporter      Courtroom Deputy

| # | Exhibit |
|---|---|
| 1 | CNCA Certification |
| 2 | NPCA Certification |
| 3 | NNDDA Certification 2008 |
| 4 | NNDDA Certification 2009 |
| 5 | Picture of marijuana stem |
| 6 | Picture of gun in back of car |
| 7 | Picture of tools in back seat |
| 8 | Picture of gloves |
| 9 | K9 report from 8/14/09 |
| 9-1 | K9 report from 8/14/09 |
| 9-2 | K9 report from 8/14/09 |
| 9-3 | K9 report from 8/14/09 |
| 9-4 | K9 report from 8/14/09 |
| 9-5 | K9 report from 8/14/09 |
| (10) | DVD of 8/14/09 traffic stop    3/9 |
| 11 | |
| 12 | |
| (13) | Certification Book (C. Henson) 3/9 |
| (14) | P.D. form - Canine Deployment  3/9 |

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

United States of America
v.
Colin Earls

**EXHIBIT AND WITNESS LIST**
CASE NUMBER: 4:09-CR-00301-WRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William R. Wilson | Anne Gardner, AUSA | Wendell L. Hoskins II |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Hearing 03/09/2010 | Christa Newburg | Mary Johnson |

| PLF. NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Steven D. Nicely |
| | 1 | | | | Curriculum Vitae of Steven D. Nicely |
| | 2 | | | | NNDDA Narcotics Detection Standards |
| | 3 | | | | Exemplar Dog Search Videos (2) (DVD) |
| | 4 | | | | Statistical Analysis of Field Performance of Dirk |
| | 5 | | | | Statistical Analysis of Field Performance of Mick |
| | 6 | | | | August 14, 2009, Traffic Stop Video (DVD) |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages