IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                  4:09CR00301-01-WRW

COLLIN EARLS

## AMENDED JUDGMENT & COMMITMENT

The pending Motion to Amend/Correct Judgment (doc #40) is GRANTED. The Judgment and Commitment filed in this case on May 19, 2010, is amended to reflect the following:

    The defendant is hereby committed to the custody of the United States
    Bureau of Prisons to be imprisoned for a total term of:

    <u>18 months to run concurrently with the undischarged term of
    imprisonment in the Bureau of Prisons in Case 4:06CR00417-03-JLH.
    The defendant is to receive credit for the time served on the probation
    revocation from September 21, 2009</u>.

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 2nd day of August, 2010.

                                            /s/ Wm. R.Wilson,Jr.
                                UNITED STATES DISTRICT JUDGE

amendJ&C1.wpd